UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT W. SUTHERLAND,

        Plaintiff,

v.                                                            Case number 05-72496

MICHAEL J. MIZER, JOHN M. CECIL, DAVID      Honorable Julian Abele Cook, Jr.
RUIZ, JOHN DAKMAK, ERIC RESTUCCIA, and
WAYNE COUNTY,

        Defendants.

_____

ORDER

On April 29, 2007, the Plaintiff, Scott Sutherland, filed a motion to stay the proceedings in this civil litigation pending the entry of decisions by the Court on two motions to reconsider that he had filed on April 26th and April 27th of this year. Inasmuch as this Court has now rendered decisions which denied the two motions that were the underlying subject matters of Sutherland's April 29th application for relief, this issue (i.e., a stay of this case) is moot, and must be denied.

The Court also notes that Sutherland filed another motion on May 1st, seeking an extension of the time in which he could attempt to effect proper service upon the United States of America. The Court, having reviewed the record in this cause, will grant his motion and, in so doing, will extend the time for service of the summons and related documents upon the Defendants for a period of thirty (30) days from the date of this order.

1

IT IS SO ORDERED.

Dated: October 26, 2007       s/ Julian Abele Cook, Jr.
       Detroit, Michigan       JULIAN ABELE COOK, JR.
                               United States District Court Judge

<u>Certificate of Service</u>

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s).

                               s/ Kay Alford
                               Courtroom Deputy Clerk